UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CARRIE A. BROUILLETTE-COLE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL NO: 07-68-B-W |
| | ) | |
| OGDEN DIRECTORIES OF PA, INC., | ) | |
| d/b/a EZ TO USE BIG BOOK, | ) | |
| | ) | |
| Defendant | ) | |

ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objection having been filed to the Magistrate Judge's Recommended Decision filed June 19, 2007, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that defendant's motion to dismiss count III of the complaint be GRANTED;

It is further ORDERED that Count III of plaintiff's complaint be and hereby is DISMISSED.

  /s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
United States District Judge

Dated: July 9, 2007